Matter of Earp v Kramer (2024 NY Slip Op 05978)

Matter of Earp v Kramer

2024 NY Slip Op 05978

Decided on November 27, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
PAUL WOOTEN
BARRY E. WARHIT
LILLIAN WAN, JJ.

2022-07690
 (Docket No. V-5208-11/21P)

[*1]In the Matter of Michael Earp, appellant,
v
Kristin Kramer, respondent.

Arza Rayches Feldman, Manhasset, NY, for appellant.
Carol Kahn, New York, NY, for respondent.
Geraldo Gutierrez, Jr., Poughkeepsie, NY, attorney for the child.

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 6, the father appeals from an order of the Family Court, Dutchess County (Joseph A. Egitto, J.), dated September 8, 2022. The order, after a hearing, denied the father's petition to modify the custody provisions of an order of the same court dated May 10, 2019, so as to award him physical custody of the subject child.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
Since the subject child has turned 18 years of age, she is no longer subject to the custody provisions of the order dated May 10, 2019. Accordingly, the appeal must be dismissed as academic (see Matter of Capruso v Kubow, 195 AD3d 614; Matter of Seoane v Nunez, 187 AD3d 926; Matter of Rodriguez v Sabbat, 185 AD3d 938).
DILLON, J.P., WOOTEN, WARHIT and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court